IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  07-cv-01299-WYD-MJW

CRAIG S. LIGGINS,

    Plaintiff,

v.

SAFEWAY SERVICES, INC.,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court on the parties' Stipulation for Dismissal With Prejudice (docket #11), filed November 7, 2007.  After carefully reviewing the above-captioned case and the requirements set forth in Fed. R. Civ. P. 41(a)(1), I find that this stipulation should be approved.  Accordingly, it is

ORDERED that the Stipulation for Dismissal With Prejudice (docket #11) is **APPROVED** and this matter is **DISMISSED WITH PREJUDICE**, each party to bear its own costs.

Dated:  November 9, 2007

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              U. S. District Judge